UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TU NGOC TRAN,

    Defendant.

CASE NO. MJ 11-298

DETENTION ORDER

<u>Offense charged</u>: Conspiracy to Manufacture and Distribute Marijuana; Money Laundering; Manufacturing Marijuana (3 counts); False Statement on a Loan Application (2 counts); Forfeiture Allegations

<u>Date of Detention Hearing</u>: June 27, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted in the District of Oregon on the above-referenced charges. He has waived an identity hearing and an Order of Transfer has been signed.

2. Defendant has waived his right to a detention hearing in this District, and requests the opportunity to have a detention hearing in the charging District, after consultation with local counsel.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

01    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04      DATED this <u>27th</u> day of June, 2011.

 

                                 Mary Alice Theiler
                                 United States Magistrate Judge

DETENTION ORDER
PAGE -3